U.S. COURTS

Angel Jensen P0099063
Full Name/Prisoner Number
PO Box 4666
Pocatello Id, 83205

Complete Mailing Address

Plaintiff

FEB - 1 2019
Rcvd_____ Filed____ Time 10:05
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Angel Cherie Jensen P0099063,
Plaintiff,
(Full name and prisoner number.)

vs.

Bannock County Sheriffs Department
Defendant(s),
(Full name(s). Do not use et. al.)

CASE NO. 4:19-CV-00039
(To be supplied by the Court)

PRISONER CIVIL RIGHTS COMPLAINT

A. PARTIES

1. Angel Jensen is a citizen of Idaho
   (Plaintiff)                              (State)
   presently residing at PO Box 4666 Pocatello ID, 83205
   (Mailing address or place of confinement)

2. Defendant Bannock County Sheriffs Department is a citizen of Idaho
   (Name of first defendant)                                    (State)
   whose address is _____,
   and who is employed as Bannock County Jail
   (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

Prisoner Civil Rights Complaints (Rev. 11-02)    15

of state law? ___Yes _X_No. If your answer if "Yes," briefly explain: _____

_____

_____

_____

_____

3. Defendant _____ is a citizen of _____
   (Name of second defendant)                           (State)

whose address is _____,

and who is employed as _____.
   (Title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color

of state law? ___Yes ___No. If your answer is "Yes," briefly explain: _____

_____

_____

_____

_____

NOTE: If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "APPENDIX A. PARTIES." Be sure to include the same information for each defendant including their complete address and title.

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _X_   42 U.S.C. § 1983 (applies to state prisoners)

   ___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2.  Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different under different or additional statutes, you may list them below.)

### C. CAUSE OF ACTION

1. I allege that the following of my constitutional rights, privileges, or immunities have been violated: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "APPENDIX D. CAUSE OF ACTION.")

My fourth and fourteenth constitutional rights privacy Rights

2. Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

On 1/19/19 around 5pm Deputy Allen, Deputy Shie, Deputy Luce Deputy Hughes, Deputy Call, Julie Guiberson all restrein me in booking area at the Bannock County Jail shower area. Deputy Hughes and Deputy Luce hold me down while I'm handcuffed while Deputy Call brings Deputy Allen scissors to cut off my jumpsuit Deputy Allen removes my boxer, Deputy Luce and Hughe stand me up. Deputy Allen and Julie Guiberson slide my panties half down my thigh and remove contralband from my vagina

Prisoner Civil Rights Complaints (Rev. 11-02)    17

Plaintiff(s): _____

_____

Defendant(s) _____

_____

b. Name and location of court and docket (case) number: _____

_____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? It is still pending?) _____

_____

d. Issues raised: _____

_____

_____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

## E. EXHAUSTION OF PRISON OR JAIL GRIEVANCE SYSTEM

1. I have exhausted the grievance system within the jail or prison in which I am incarcerated. ____Yes  ✓ No. If your answer is "Yes, briefly explain the steps taken to exhaust each claim you are bringing against each Defendant. It is advisable to attach proof of exhaustion. If your answer is "No," briefly explain why the grievance system or other administrative remedies were not exhausted.

I filed grievence havent receved anything back I filed Preq and I just feel there all working together against

Prisoner Civil Rights Complaints (Rev. 11-02)          19

_____

_____

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1.  If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "APPENDIX F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   b. Name and location of court and docket (case) number: _____

      _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit: _____

   e. Approximate date of disposition: _____

## G. IMMINENT HARM

1.  Are you in imminent danger of serious physical injury? ____Yes _X_No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

_____

### H. REQUEST FOR RELIEF

I request the following relief:

I feel that $250,000 is fair for my embarresment, mental stability, emotional state

### I. Request for Appointment of Attorney

I do _X_ do not ____ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: Im new to filing stuff like this Im an Inmate and because of these reasons I feel I need an attorney. Thanks

Prisoner Civil Rights Complaints (Rev. 11-02)    21

_Angel Jensen_
Prisoner Original Signature

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Bannock County Jail__ on __1/26/19__
  (location)   (date)

_Angel Jensen_
Prisoner's Original Signature